EXHIBIT 1

  

# Annual Credit Report Request Form

**You have the right to get a free copy of your credit file disclosure, commonly called a credit report, once every 12 months, from each of the nationwide consumer credit reporting companies, Equifax, Experian and TransUnion.**
**For instant access to your free credit report, visit www.annualcreditreport.com.**

For more information on obtaining your free credit report, visit www.annualcreditreport.com or call 877-322-8228.

Use this form if you prefer to write to request your credit report from any, or all, of the nationwide consumer credit reporting companies. The following information is required to process your request. **Omission of any information may delay your request.**

**Once complete, fold (do not staple or tape), place into a #10 envelope, affix required postage and mail to:**
**Annual Credit Report Request Service  P.O. Box 105281  Atlanta, GA  30348-5281.**

Please use a Black or Blue Pen and write your responses in PRINTED CAPITAL LETTERS without touching the sides of the boxes like the examples listed below:

`A B C D E F G H I J K L M N O P Q R S T U V W X Y Z    0 1 2 3 4 5 6 7 8 9`

**Social Security Number:** ████ - 1 4 7 9

**Date of Birth:** ████ / 1 9 7 1
Month    Day    Year

Fold Here                                                    Fold Here

J O H N N Y
**First Name**                                              **M.I.**

H U N T E R                                    J R
**Last Name**                                  **JR, SR, III, etc.**

## Current Mailing Address:

7 0 5 4    ████████████████
**House Number**    **Street Name**

**Apartment Number / Private Mailbox**          **For Puerto Rico Only:  Print Urbanization Name**

P A L M E T T O    F L  3 4 2 2 1
**City**                                        **State**  **ZipCode**

## Previous Mailing Address (complete only if at current mailing address for less than two years):

**House Number**    **Street Name**

Fold Here                                                    Fold Here

**Apartment Number / Private Mailbox**          **For Puerto Rico Only:  Print Urbanization Name**

**City**                                        **State**  **ZipCode**

Shade Circles Like This--> ●

Not Like This--> ⊗ ✓

**I want a credit report from (shade each that you would like to receive):**
● Equifax
○ Experian
○ TransUnion

○ **Shade here if, for security reasons, you want your credit report to include no more than the last four digits of your Social Security Number.**

If additional information is needed to process your request, the consumer credit reporting company will contact you by mail.

31238

**Your request will be processed within 15 days of receipt and then mailed to you.**

Copyright 2023, Central Source LLC

Equifax

**P.O. Box 740256**
**Atlanta GA 30374-0256**

**July 29, 2025**

**Full File Disclosure Request Pursuant to 15 U.S. Code 1681g(a)(1).**


To Whom It May Concern:


Equifax is identified by the U.S. Consumer Financial Protection Board as a consumer reporting company.  Because I object to the mandatory arbitration clause imposed by your website in order to request information that you collect about me, I am sending this letter.


Please send me in writing ALL INFORMATION  in my consumer file at Equifax , stored by any of its subsidiaries or any other entities maintaining data on behalf of Equifax or its subsidiaries as of the date that you receive this letter regardless of how, where, or in what form it is stored,  pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Equifax or any of its subsidiaries.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Equifax or any of its subsidiaries.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Equifax or any of its subsidiaries used to adversely characterize me.

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Equifax or any of its subsidiaries in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a **full file disclosure** to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. This is my first **full file disclosure request** in the past twelve months from Equifax or any of its subsidiaries.

Thank you in advance for promptly responding to my request.

Warm Regards,

**Johnny Hunter Jr.**

███████████████████

**Palmetto**, **Florida 34221**
SSN:██████-**1479**  DOB: █████/**1971**


**Attached**: For identification purposes, enclosed are copies of two recent Documents for Proofof address, and enlarged color scans of my valid, current  driver's license and my Social Security card.





| Account Number | Billing Date | Services From | Page |
|---|---|---|---|
| ███████ | Jul 01, 2025 | July 05, 2025 to August 04, 2025 | 1 of 3 |

# Hello Johnny Hunter Jr.,

Thank you for choosing Xfinity.



## Your bill explained

- This page gives you a quick summary of your monthly bill. A detailed breakdown of your charges begins on page 3.

**⚠ Thanks for paying by Automatic Payment**

Your automatic payment on July 22, 2025, will include your amount due, plus or minus any payment related activities or adjustments, and less any credits issued before your bill due date.

## Need help?

Visit xfinity.com/customersupport or see page 2 for other ways to contact us.

---

Detach the bottom portion of this bill and enclose with your payment          Please write your account number on your check or money order

Do not include correspondence with payment



1100 NORTHPOINT PKWY W PALM
BCH FL 33407-1937

JOHNNY HUNTER JR.
████████████

Account number
Automatic payment

**Please pay**

Electronic payment will be applied **July 22, 2025**

COMCAST
PO BOX 71211
CHARLOTTE NC 28272-1211

8495744014644290012458b



PO BOX 489
NEWARK, NJ 07101-0489

**Account:** ████████████████████
**Invoice:** ████████████████
**Billing period:** Jun 23 - Jul 22, 2025

KEYLINE

JOHNNY HUNTER JR.

████████████████████

**Questions about your bill?**
verizon.com/support
800-922-0204

## Ways to pay

**My Verizon app**

You can check your bill easily with the My Verizon app available in App Store or Google Play.

**Online**

Go to go.vzw.com/bill and sign in to review your bill.

**By phone**

Simply dial #PMT (#768) on your phone and follow the instructions to pay.

**Cash**

Go to www.verizon.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment.

## Snapshot of your bill

(details on page 3)

Balance from last bill

This month's charges

**Total due on Aug 14**

If you don't pay the total charges due by the due date, you'll be charged 5% of the unpaid balance or $7, whichever is greater, if allowed by law in the state of your billing address.

---



JOHNNY HUNTER JR.

████████████████████

**Bill date**      July 22, 2025
**Account number**
**Invoice number**   ████████████████████

### Total Amount Due by August 14, 2025

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

$ ☐☐ . ☐☐

**Please see back for instructions on writing to us.**

PO BOX 15062
ALBANY, NY 12212-5062

886355552701072006255000001000000088960000000088962

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702984655884

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 1:34 pm on August 24, 2025 in ATLANTA, GA 30304.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, PO Box**

ATLANTA, GA 30304
August 24, 2025, 1:34 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                ⌄

**USPS Tracking Plus®**                                                  ⌄

**Product Information**                                                  ⌄

**See Less** ⌃

Track Another Package

EXHIBIT 2

PLAINTIFF'S COMPLAINT                                                                9

JOHNNY HUNTER JR

<span style="color:black">██████████████████████</span>

August 27, 2025

Dear JOHNNY HUNTER JR:

We received your request for a copy of your Equifax credit report. However, we need additional information in order to verify your identity and address. To help us fulfill your request, please send us a letter with your **full name, social security number, current address, and your date of birth**. Please also include a copy of a document verifying your identity (ex: driver's license or birth certificate), your social security number (ex: social security card or W2 form) and a copy of a document verifying your address (ex: utility bill or pay stub).

Please return all required information and copy of this letter to:
**Equifax Information Services LLC**
**P.O. Box 740241**
**Atlanta, GA 30374-0241**

The documents you provided were illegible. To ensure that your request is processed without further delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). Please note that photocopies that contain highlighting may require resubmission of your documents.

Because the information you provided as proof of your identity does not match the information we currently have on your credit file, we ask that you **send us a copy of two different items - one from each of the two categories listed below.** One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items**.
The item you choose **MUST** contain your complete 9-digit Social Security number.

- Pay stub with complete U.S. Social Security number
- W-2 form with complete U. S. Social Security number
- Valid Social Security Card

**Note**: 'A Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items**.
The item you choose **MUST** contain your current mailing address of ████████████████████

- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request.**
**Please submit those items along with this letter to the following address:**

   **Equifax Information Services LLC**

000012437-FLT

5239518252-PXQ-0f33010400000f1d-08272025